Exhibit 1

# Certificate of Registration





This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-432-754

**Effective Date of Registration:**
January 14, 2025
**Registration Decision Date:**
February 12, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | Wish |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2019 |
| **Date of 1st Publication:** | July 09, 2019 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Mary Elizabeth Hining |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Mary Elizabeth Hining |
| | 121 S Naples Rd. Unit 3, Naples, NC, 28760, United States |

---

## Rights and Permissions

| | |
|---|---|
| **Name:** | Mary Elizabeth Hining |
| **Email:** | maryhining@gmail.com |
| **Address:** | 121 S Naples Rd. Unit 3 |
| | Naples, NC 28760 United States |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | January 14, 2025 |
| **Applicant's Tracking Number:** | MH2025011403 |



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-718-592

**Effective date of
registration:**

May 18, 2010

---

## Title

| | |
|---|---|
| **Title of Work:** | Hand-Painted Glassware Designs by Marywibis also known as MaryElizabethArts |
| **Contents Titles:** | Spring Cherry Blossoms |
| | Winter |
| | Spring |
| | Summer |
| | Autumn |
| | The Four Seasons |
| | Four Seasons |
| | Peacock |
| | Gold Peacock |
| | Poppies |
| | Black Widow |
| | Fern |
| | Love Birds |
| | Christmas Cardinal |
| | Cardinal |
| | Lavender |

## Completion/ Publication

**Year of Completion:** 2010

**Date of 1st Publication:** May 12, 2010      **Nation of 1st Publication:** United States

## Author

|                      |                      |              |               |
|---------------------:|:---------------------|-------------:|:--------------|
| ■    **Author:**     | Mary Elizabeth Hining |              |               |
| **Pseudonym:**       | Marywibis            |              |               |
| **Author Created:**  | 2-D artwork          |              |               |
| **Work made for hire:** | No                |              |               |
| **Citizen of:**      | United States        | **Domiciled in:** | United States |
| **Year Born:**       | 1981                 |              |               |
| **Pseudonymous:**    | Yes                  |              |               |

## Copyright claimant

**Copyright Claimant:** Mary Elizabeth Hining

3617 Sugar Tree Place, Durham, NC, 27713, United States

## Certification

**Name:** Benson Ling

**Date:** May 13, 2010

**Applicant's Tracking Number:** 8014151



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-432-753**

**Effective Date of Registration:**
January 14, 2025
**Registration Decision Date:**
February 12, 2025

---

## Title

**Title of Work:** Dandelion Dream

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** July 12, 2020
**Nation of 1st Publication:** United States

## Author

- **Author:** Mary Elizabeth Hining
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Mary Elizabeth Hining
121 S Naples Rd. Unit 3, Naples, NC, 28760, United States

---

## Rights and Permissions

**Name:** Mary Elizabeth Hining
**Email:** maryhining@gmail.com
**Address:** 121 S Naples Rd. Unit 3
Naples, NC 28760 United States

## Certification

**Name:** David Denholm
**Date:** January 14, 2025
**Applicant's Tracking Number:** MH2025011401



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-931-807

**Effective date of registration:**

November 17, 2014

---

## Title

**Title of Work:** Birch Tree Design

## Completion/Publication

**Year of Completion:** 2014

**Date of 1st Publication:** July 27, 2014   **Nation of 1st Publication:** United States

## Author

**Author:** Mary Elizabeth Hining

**Author Created:** 2-D artwork

**Citizen of:** United States

**Year Born:** 1981

## Copyright claimant

**Copyright Claimant:** Mary Elizabeth Hining

8118 Farrington Mill Rd, Chapel Hill, NC, 27517, United States

## Rights and Permissions

**Organization Name:** Mary Elizabeth Arts, LLC

**Name:** Mary Elizabeth Hining

**Email:** maryhining@gmail.com     **Telephone:** 919-357-8168

**Address:** 8118 Farrington Mill Rd

Chapel Hill, NC 27517  United States

## Certification

**Name:** Mary Elizabeth Hining

**Date:** November 17, 2014

---

**Correspondence:** Yes

Page 1 of 1

