**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

MARY ELIZABETH HINING,

    Plaintiff,                                                                       Case No.: 1:25-cv-15680

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

**SCHEDULE A TO COMPLAINT**

| No. | Defendants |
|---|---|
| 1 | Yesunpxs |
| 2 | SkyFalcon |
| 3 | Lingjue E-commerce |
| 4 | linyulu006 |
| 5 | huiqing |
| 6 | feifengshangmao |
| 7 | ThriftTide |
| 8 | lanfengwangdianzi |
| 9 | ZipSend Tech |
| 10 | Dwell Nook |
| 11 | HomeySpot |
| 12 | BloomGlow |
| 13 | GOTOUP Shop |
| 14 | shuxiang lan |
| 15 | BendBag Apparel |
| 16 | pimelu ChicQuick Boutique |
| 17 | mihongmao |
| 18 | TrendyZhou Clothes |
| 19 | PATLOLLAV |
| 20 | PrimePicks Co.Ltd |
| 21 | GardenNet |